# Third District Court of Appeal
## State of Florida

Opinion filed February 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1388
Lower Tribunal No. 21-18819-CA-01
_____

**Odalis Gonzalez**,
Appellant,

vs.

**Miroljub Filipovic**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Odalis Gonzalez, in proper person.

Murdoch Weires PLLC, and Scott A. Weires (Boca Raton), for appellee.

Before MILLER, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.